IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JONI WESTAWSKI,**<br>         **Plaintiff,**<br><br>     v.<br><br>**MERCK & CO., INC.**<br>         **Defendant.** | CIVIL ACTION<br><br>NO.  14-3239 |

### ORDER

**AND NOW**, this 4th day of February, 2015, upon consideration of Defendant Merck & Co., Inc.'s Motion to Dismiss, ECF No. 7; the Plaintiff's Response in Opposition thereto, ECF No. 8; and the Defendant's Reply, ECF No. 12; and for the reasons provided in the Court's memorandum opinion of February 3, 2015, ECF No. 16, **IT IS ORDERED** that:

(1) the Defendant's Motion to Dismiss is **DENIED** as to Count I;

(2) the Defendant's Motion to Dismiss is **GRANTED** as to Count II; Count II of the Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITH PREJUDICE**;

(3) the Defendant's Motion to Dismiss is **GRANTED** as to Counts III and IV; Counts III and IV of the Complaint are **DISMISSED WITHOUT PREJUDICE**; and

(4) the Plaintiff shall have leave to file an amended complaint consistent with the Court's memorandum opinion; such amended complaint must be filed no later than **February 25, 2015**.

BY THE COURT:

/S/WENDY BEETLESTONE, J.

_____
**WENDY BEETLESTONE, J.**