IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JONI WESTAWSKI,**<br>            **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **MERCK & CO., INC.,**<br>            **Defendant.** | **NO. 14-3239** |

# O R D E R

**AND NOW**, this 17th day of October, 2016, upon consideration of Defendant Merck & Co., Inc.'s Motion to Exclude the Opinions and Testimony of Chad Staller and James Markham (ECF No. 52), it is **ORDERED** that Defendant's Motion is **DISMISSED AS MOOT.**

                              BY THE COURT:

                              /S/WENDY BEETLESTONE, J.

                              _____
                              **WENDY BEETLESTONE, J.**